USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___5/5/2026___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

Plaintiff(s),

-against-

Bruce Adams

Defendant(s).

26-CR-00135 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

The initial appearance and arraignment in this matter is scheduled for Thursday, May 7, 2026, at 4:00 p.m. in Courtroom 1105, 40 Foley Square, New York, NY 10007.

Dated: May 5, 2026
        New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge