**SABRINA P. SHROFF**
ATTORNEY AT LAW

730 THIRD AVENUE, 16TH FLOOR
NEW YORK, NEW YORK 10007
TELEPHONE: (646) 763-1490

October 21, 2026

Hon. Margaret Garnett
Southern District of New York
40 Foley Square
New York, New York 10007

The in-person status conference scheduled for October 23, 2026, at 11:00 a.m. will proceed as scheduled. The Clerk of Clerk is respectfully directed to terminate Dkt. No. 23. SO ORDERED.

Dated: October 22, 2026

**Re: *United States v. Bruce Adams*, 26 Cr. 135 (MMG)**

Hon. Garnett:

I write to request the Court allow me to appear via remote means on October 23, 2026 as I am required to be in Utah district court. I do apologize for this request but the case in Utah (*United States v. Malanga,* 25 Cr. 153) has several attorneys and the Court in Utah changed the zoom appearance to one in person. I am the only attorney with security clearance and am unable to reschedule the Utah appearance. I am also able to appear in person on October 26, 2026 or any day that week but for October 30, 2026.

I do apologize for the inconvenience and thank the Court for its time and consideration of this request.

Respectfully submitted,

/s/ Sabrina P. Shroff
Counsel for Bruce Adams